IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01489-WYD-MJW

CHRISTOPHER FYKE,

    Plaintiff,

v.

WAKEFIELD & ASSOCIATES,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) (ECF No. 13). After carefully reviewing the file in this matter, I find that the notice should be approved pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed with prejudice. Accordingly, it is

ORDERED that the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) (ECF No. 13) is **APPROVED.**   This matter is **DISMISSED WITH PREJUDICE.**

Dated:   August 29, 2014

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL,
                                    SENIOR UNITED STATES DISTRICT JUDGE